

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-19-00365-CV

———————————————————

EX PARTE J.C.

On Appeal from Criminal District Court No. 4
Tarrant County, Texas
Trial Court No. CDC4-E-13308-17

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

# MEMORANDUM OPINION

J.C., proceeding pro se, attempts to appeal from the trial court's "dismissal for want of prosecution." By letter dated October 4, 2019, we notified him of our concern that we lack jurisdiction over this appeal because the trial-court clerk had informed us that the trial-court judge had not signed an order in this case. We informed him that because it appeared that there was no final judgment or order subject to appeal, his notice of appeal was premature. *See* Tex. R. App. P. 26.1(a), 27.1(a).

Our letter also warned that we would dismiss this appeal for want of jurisdiction unless, within 20 days, the parties provided us with a signed copy of the order J.C. seeks to appeal. *See* Tex. R. App. P. 42.3(a), 43.2(f), 44.3, 44.4(a)(2). More than 20 days have passed, and we have not received a response. Because no party has provided us with a signed final judgment or appealable order, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Delivered:  December 12, 2019